MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA JEAN ZUNIGA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:13-cv-01678-CRB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST BY DEFENDANT) |

    The parties through their respective counsel, stipulate that the time for Plaintiff to file her motion for summary judgment be extended 45 days from January 16, 2014 to March 3, 2014. This is Defendant's first request for an extension in this matter.

    On January 9, 2014, Plaintiff informed Defendant that she believes that the administrative record in this matter is incomplete. Defendant is currently investigating this issue, and the requested extension is to provide Defendant with sufficient time to determine whether the administrative record is complete and remedy any potential inadvertent omissions from the record.

Stip for EOT, 3:13-cv-01678-CRB        1

Respectfully submitted,

        MELINDA L. HAAG
        United States Attorney

Dated: January 17, 2013        By: /s/ *Elizabeth Barry*
        ELIZABETH BARRY
        Special Assistant United States Attorney
        Attorneys for Defendant


        WEEMS LAW OFFICES

Dated: January 17, 2013        By: */s/ Robert C. Weems*
        ROBERT C. WEEMS
        Attorney for Plaintiff
        (as approved by email)

OF COUNSEL:

Marla K. Letellier
Assistant Regional Counsel




PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED:  January 22, 2014        _____
        CHARLES R. BREYER
        UNITED STATES DISTRICT [JUDGE]

*IT IS SO ORDERED — Judge Charles R. Breyer* (seal: United States District Court, Northern District of California)