MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone:  (415) 977-8928
     Facsimile:  (415) 744-0134
     E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA JEAN ZUNIGA, | CIVIL NO. 3:13-cv-01678-CRB |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT  (FIRST REQUEST BY DEFENDANT) |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

     The parties through their respective counsel stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended 30 days from July 7, 2014 to August 6, 2014. This is Defendant's first request for an extension of time to respond to Plaintiff's motion for summary judgment.

     This request is the result of a heavy workload for counsel responsible for briefing.  Additionally, more time is needed, because this case involves an unusually long record, complicated history and more than 600 pages of exhibits submitted by Plaintiff.

Stip for EOT, 3:13-cv-01678-CRB       1

1        Accordingly, good cause exists supporting this request.

2                  Respectfully submitted,

3

4                      MELINDA L. HAAG
                         United States Attorney

5

6 Dated: July 2, 2014        By: */s/ Marla K. Letellier*
                         MARLA K. LETELLIER

7                          Special Assistant United States Attorney
                         Attorneys for Defendant

8

9                      WEEMS LAW OFFICES

10 Dated: July 2, 2014        By: */s/ Robert C. Weems*

11                          ROBERT C. WEEMS

12                          Attorney for Plaintiff
                         (as approved by email)

13

14

15              PURSUANT TO STIPULATION, IT IS SO ORDERED:

16

17 DATED:  July 3, 2014

18 CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28