MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA JEAN ZUNIGA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:13-cv-01678-CRB<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT  (THIRD REQUEST BY DEFENDANT) |

    The parties through their respective counsel stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended 14 days from August 29, 2014 to September 12, 2014.  This is Defendant's third request for an extension of time to respond to Plaintiff's motion for summary judgment.  Defendant makes this request for a short extension because counsel responsible for briefing this case is ill and has been unable to complete the briefing in this complicated case after only returning from vacation on August 25, 2014.  Counsel greatly regrets any inconvenience to the Court.

Stip for EOT, 3:13-cv-01678-CRB        1

1

2    Accordingly, good cause exists supporting this request.

3                        Respectfully submitted,

4

5                                      MELINDA L. HAAG
                                       United States Attorney

6

7    Dated: August 29, 2014           By: /s/ *Marla K. Letellier*
                                       MARLA K. LETELLIER
8                                      Special Assistant United States Attorney
                                       Attorneys for Defendant

9

10                                     WEEMS LAW OFFICES

11

     Dated: August 29, 2014           By: */s/ Robert C. Weems*__
12                                     ROBERT C. WEEMS
                                       Attorney for Plaintiff
13                                     (as approved by email)

14

15

16                  PURSUANT TO STIPULATION, IT IS SO ORDERED:

17

18   DATED:  Sept. 3, 2014           _____
                                       CHARLES R. BREYER
19                                     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28
     Stip for EOT, 3:13-cv-01678-CRB                    2