Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RHONDA JEAN ZUNIGA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL[1], Acting Commissioner of Social Security,<br><br>    Defendant | Case No: 3:13-cv-01678-CRB<br><br>AMENDED<br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

WHEREAS, counsel requires additional time to draft the motion for summary judgment given the size of the administrative record of 3,713 pages; and

WHEREAS, it is appropriate under the circumstances for counsel to be provided with reasonable time to satisfy his non-delegable duties to the Court. See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986); and,

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Stipulation and Order                                                                         3:12-05287-JST

WHRERAS, this is Plaintiff's first request for more time since this action has been returned to this Court.

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to a thirty (30) days extension for the filing of Plaintiff's ~~reply~~ Summary Judgment brief now due July 1, 2017 with Defendant's cross motion will be due 28 days thereafter.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | Marla Kendall Letellier |
| /S/Robert C. Weems | By: /S/ Marla Kendall Letellier |
| | By email confirmation |
| Robert C. Weems, Attorney for Plaintiff | Special Assistant United States Attorney and Attorney for the Defendant |

SO ORDERED:

DATE: June 20, 2017

CHARLES R. BREYER
JUDGE OF THE UNITED STATES DISTRICT COURT